IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 4

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO UNSEAL |
| | ) | |
| MARK C. RAMSEY | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the Government's Motion for Unsealing (Doc. 6) and Amended Motion to Unseal Case and Bill of Indictment (Doc. 7). The Motions request that this Court issue an order unsealing this matter because the necessity for sealing no longer exists.

Accordingly, the Government's Motion for Unsealing (Doc. 6) and Amended Motion to Unseal Case and Bill of Indictment (Doc. 7) are hereby **GRANTED**, and the Court orders that this matter be **UNSEALED**.

Signed: March 6, 2019

W. Carleton Metcalf
United States Magistrate Judge